```
_____ FILED _____ LODGED
        _____ RECEIVED
```

Mar 23, 2020

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR20- 5140 |
| Plaintiff, | |
| v. | INFORMATION |
| IZAK D. CRAHAN, | (Misdemeanor) |
| Defendant. | |

The United States Attorney charges that:

On or about December 26, 2019, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, IZAK D. CRAHAN, did take and carry away with intent to steal and purloin property of the United States government located at the Joint Base Lewis-McChord Main Exchange, of a value not in excess of One Thousand Dollars ($1,000.00).

///

///

///

INFORMATION
United States v. IZAK D. CRAHAN
pg. 1

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1916 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil

All in violation of 18 U.S.C. §§ 7 and 641.

DATED this 18th day of March, 2020.

BRIAN T. MORAN
United States Attorney

*/s/ Branden R. Nethken*

BRANDEN R. NETHKEN
Special Assistant United States Attorney

INFORMATION
United States v. IZAK D. CRAHAN
pg. 2

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1916 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil